IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| THE CINCINNATI INDEMNITY COMPANY,<br>　　　　　　　Plaintiff,<br><br>VS.<br><br>NEXT INSURANCE US COMPANY,<br>　　　　　　　Defendant. | §<br>§<br>§<br>§<br>§　Civil Action No.: SA-24-CV-00917-JKP<br>§<br>§<br>§<br>§ |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE**

TO THE HONORABLE COURT:

NOW COMES Plaintiff, THE CINCINNATI INDEMNITY COMPANY (hereinafter "Cincinnati" or the "Plaintiff"), in the above-entitled and numbered cause, and files its Notice of Dismissal Without Prejudice pursuant to FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(i).

Cincinnati filed its Original Complaint against Defendant, Next Insurance Company ("Next") with this Court on August 16, 2024. On October 10, 2024, Next filed an Agreed Motion to Extend the Time to Respond to the Complaint for Declaratory Relief of The Cincinnati Indemnity Company ("Next's Motion"). The Court granted Next's Motion holding Defendant's Answer is due on or before October 28, 2024.

Here to date, Next has not filed an answer, responsive pleading, or motion for summary judgment in this suit. As such, Cincinnati files this Notice of Dismissal Without Prejudice, as it has discovered facts that destroy this Court's jurisdiction over this case. Cincinnati however, reserves the right to re-file this suit against Next at a later date and time in accordance with the law.

Respectfully submitted,

COX P.L.L.C.

By:  */s/ Lisa Brindle Talbot*
LISA BRINDLE TALBOT
State Bar No. 24040576
ltalbot@coxpllc.com
JENNIFER KELLEY
State Bar No. 24058695
jkelley@coxpllc.com
2200 Post Oak Blvd., Suite 1550
Houston, TX 77056
Telephone: (202) 262-2835
Facsimile:  (469) 340-1884

ATTORNEYS FOR PLAINTIFF
THE CINCINNATI INDEMNITY
COMPANY

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 25th day of October 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will electronically send notification to all counsel of record.

*/s/ Lisa Brindle Talbot*
LISA BRINDLE TALBOT